# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

BASAVARAJ A. HOOLI,

      Plaintiff,

v.                                 CASE NO.  4:12cv95-RH/CAS

ROOSEVELT GENERAL HOSPITAL,

      Defendant.

_____/


## ORDER OF DISMISSAL


      This case is before the court on the magistrate judge's report and recommendation, ECF No. 7, which was entered on April 3, 2012.  The recommendation is for dismissal of the first amended complaint.  The plaintiff has filed no objections.   But the defendant did tender a second amended complaint for filing on April 27, 2012.  And on May 21, 2012, the plaintiff filed a motion for an extension of time.

      The plaintiff did not obtain leave to file the second amended complaint as required.  And a motion for leave would not have been granted because the second amended complaint, like the first, fails to state a claim on which relief can be

granted. Indeed, it is not even clear against whom the second amended complaint seeks relief. The plaintiff has suggested no basis for believing that an extension of time would make any difference. The plaintiff's filings are difficult to understand but set out no plausible claim.

Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The plaintiff's claims are dismissed." The clerk must close the file.

SO ORDERED on May 24, 2012.

s/Robert L. Hinkle
United States District Judge